# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mitchell Aicher

**Plaintiff,**

**V.**

Ford Motor Company; Aaron Ford of Poway; Does 1 through 10

**Defendant.**

**Civil Action No.** 26-cv-0644-WQH-MMP

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This case is dismissed without prejudice pursuant to Local Civil Rule 41.1. This case is hereby closed.

**Date:** 10/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy